Regdos v Cloutier (2023 NY Slip Op 03658)

Regdos v Cloutier

2023 NY Slip Op 03658

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

583 CA 22-01683

[*1]ADAM REGDOS, PLAINTIFF-APPELLANT,
v
JOSEPH CLOUTIER, ET AL., DEFENDANTS, AND NEW DIRECTIONS YOUTH AND FAMILY SERVICES, INC., FORMERLY KNOWN AS WYNDHAM LAWN HOME FOR CHILDREN, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

SPARACINO & SPARACINO, PLLC, NORTHPORT (JESSIE M. DJATA OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
HODGSON RUSS LLP, BUFFALO (JULIA M. HILLIKER OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Deborah A. Chimes, J.), entered August 17, 2022. The order granted plaintiff's motion for leave to reargue and, upon reargument, adhered to a prior order dismissing plaintiff's claims against defendant New Directions Youth and Family Services, Inc., formerly known as Wyndham Lawn Home for Children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court